**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JASKARAN PREET SINGH SINGH | CIVIL ACTION NO. 26-0705 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

Before the Court is an amended Report and Recommendation ("R&R") from the Magistrate Judge recommending that the Petitioner's request for habeas corpus be granted based on an alleged violation of the Petitioner's right to procedural due process under the Fifth Amendment. Record Document 14. After completion of the amended R&R, a panel majority of the United States Court of Appeals for the Fifth Circuit issued an opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026) that substantively addressed the scope of the liberty interest against government detention afforded to illegal aliens under the Due Process Clause of the Fifth Amendment. Less than a week later, the Fifth Circuit vacated the *Sosnava Rodriguez* opinion and voted to rehear the case en banc.

In the Court's considered judgment, the Fifth Circuit's forthcoming en banc decision in *Sosnava Rodriguez* regarding the scope and application of the due process clause will likely be dispositive in this matter. Accordingly, the Court declines to adopt the R&R at this time and stays this matter until *Sosnava Rodriguez* has been resolved.

Considering the foregoing,

**IT IS ORDERED** that this matter is **STAYED**;

**IT IS FURTHER ORDERED** that counsel shall **NOTIFY** the Court within three days of issuance of the opinion in *Sosnava Rodriguez* or of another material change in circumstance, including removal of the Petitioner;

**IT IS FURTHER ORDERED** that this matter is **ADMINISTRATIVELY CLOSED** until the stay is lifted.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE